DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
MILLER, RICHARD and
MILLER, ANITA

Case No. 06-01235-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $210.28, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| MILLER, RICHARD and MILLER, ANITA | 4 GOLF COURSE DR PATEROS, WA 98846 | $210.28 |

Dated: September 23, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875092     10-1-10     #210.28